IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ILDEFONSO SOTO-SERVIN,                    2:05-cv-0197-MCE-PAN-PS

        Petitioner,

   v.                                         ORDER

I.N.S.,

        Respondent.
_____/

    This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On November 10, 2005, Judge Nowinski recommended that Petitioner's action be dismissed without prejudice for failure to prosecute.  No Objections to the Findings and Recommendation have been filed.  Although it appears from the file that Petitioner's copy of the Findings and Recommendation were returned as undeliverable, Petitioner was properly served and has not provided the Court with a change of address required by E. D. Cal. Local Rule 83-183(b).

1  The Court has reviewed the file and finds the Findings and
2 Recommendations to be supported by the record and by the
3 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 that:
5  1.  The Findings and Recommendations filed November 10,
6 2005, are adopted in full; and
7  2.  This action is dismissed without prejudice.
8 DATED: December 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2